ACCEPTED
05-14-01234-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/11/2015 1:22:52 PM
LISA MATZ
CLERK

## NO. 05-14-01234-CV

In the

### Fifth District Court of Appeals at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/11/2015 1:22:52 PM

LISA MATZ
Clerk

STO CORP., Appellant/Defendant

v.

CANAL SIDE LOFTS, LTD., ET AL., Appellees/Plaintiffs

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Cause No. FV-22-04649-B

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

Leslie A. Benitez
Texas State Bar No. 02134300
Gordon & Rees LLP
816 Congress Ave., Ste. 1510
Austin, Texas
(512) 582-6471
(512) 391-0183 (fax)

Keith C. Cramer
Texas State Bar No. 24051678
Gordon & Rees LLP
2100 Ross Ave., Suite 2800
Dallas, Texas 75201
(214) 231-4660
(214) 461-4053 (fax)

ATTORNEYS FOR APPELLANTS

Appellant asks the Court to dismiss this appeal.

## A. INTRODUCTION

1. Appellant is Sto Corp; appellees are Canal Side Lofts, Ltd., Andres Construction Services, LLC, and P&M Plastering Contractors, Ltd./PMPC, Inc.

2. Appellant perfected the appeal on September 23, 2014, when it filed a notice of appeal.

## B. ARGUMENT AND AUTHORITIES

3. The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this unopposed motion to dismiss.

4. The parties have reached an agreement to compromise and settle their differences in the suit.

## C. CONCLUSION

5. For the reason states above, appellant asks the Court to grant this unopposed motion to dismiss. Costs on appeal should be taxed against appellant in accordance with the parties' agreement.

Respectfully submitted,

**GORDON & REES LLP**

/s/ Leslie A. Benitez_____
LESLIE A. BENITEZ
State Bar No. 02134300
lbenitez@gordonrees.com
816 Congress Avenue, Suite 1510
Austin, TX 78701
Telephone: 512.391.0197
Facsimile: 512.391.0183

**Keith C. Cramer**
State Bar No. 24051678
kcramer@gordonrees.com
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201

**Attorneys For STO CORP.**

# CERTIFICATE OF CONFERENCE

I certify that Sto's counsel consulted with counsel for Appellees and all parties are in agreement.

*/s/ Leslie A. Benitez*_____
**Leslie A. Benitez**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on May 11, 2015, on the following counsel of record:

*Via Electronic Service*
**aharlan@wgblawfirm.com**
**dkoch@wgblawfirm.com**
Alan J. Harlan
David B. Koch
WRIGHT GINSBERG BRUSILOW P.C.
600 Signature Place
14755 Preston Road
Dallas, TX 75254-6825
Telephone: 972.788.1600
Facsimile: 972.702.0662
*Attorneys for Plaintiff*

*Via Electronic Service*
**jslates@slatesharwell.com**
**mwaterman@slatesharwell**
John W. Slates
Matthew M. Waterman
SLATES HARWELL, LLP
1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: 469.317.1000
Fax: 469.317.1100
*Attorneys for Defendant Andres Construction Services, LLC*

*Via Electronic Service*
**Kelly.crain@wbclawfirm.com**
Kelly M. Crain
WALTERS BALIDO & CRAIN, L.L.P.
Founders Square
900 Jackson Street, Suite 600
Dallas, TX 75202
Telephone: 214.749.4805
Facsimile: 214.760.1670
*Counsel for P&M Plastering Contractors, Ltd. and PMPC, Inc.*

/s/ Leslie A. Benitez_____
**Leslie A. Benitez**